# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

<table>
<tr><td>Deborah S. Hunt<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed:  July 08, 2013

Mr. Clifton David Briley
Bone McAllester Norton
511 Union Street
Suite 1600
Nashville, TN 37219

Mr. Thomas Hauser Castelli
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212

Mr. Patrick Garland Frogge
Bell, Tennent & Frogge
414 Union Street
Suite 904
Nashville, TN 37219

Ms. Tricia R. Herzfeld
Law Offices
1214 Murfreesboro Pike
Nashville, TN 37217

Ms. Dawn M. Jordan
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202

Mr. William J. Marett Jr.
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202

Ms. Heather Cairns Ross
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202

Re: Case No. 13-5882, *Occupy Nashville, et al v. William Haslam, et al*
Originating Case No. : 3:11-cv-01037

Dear Counsel,

The briefing schedule for this case is listed below.  The briefs must be filed electronically with the Clerk's office no later than these dates.  If the appellant's principal brief is filed late, the case is at risk of being dismissed for want of prosecution.

Citations in your brief to the lower court record must include (i) a **brief** description of the document, (ii) the record entry number and (iii) the "**Page ID** #" for the relevant pages.  Consult 6 Cir. R. 28(a)(1) for additional information.

| | |
|---|---|
| Appellant's Principal Brief Appendix (if required by 6th Cir. R. 30(a) and (c)) | Filed electronically by **August 20, 2013** |
| Appellee's Principal Brief Appendix (if required by 6th Cir. R. 30(a) and (c)) | Filed electronically by **September 23, 2013** |
| Appellant's Reply Brief (Optional Brief) | Filed electronically **17** days after the appellee's brief is filed. See Fed. R. App. P. 26(c) |

For most appeals, the Court will access directly the electronic record in the district court.  However, to determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

A party desiring oral argument must include a statement in the brief setting forth the reason(s) why oral argument should be heard.  *See* 6 Cir. R. 34(a).  If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

In scheduling appeals for oral argument, the court will do what it can to avoid any dates which counsel have called to its attention as presenting a conflict.  If you have any such dates, you should address a letter to the Clerk advising of the conflicted dates.

Sincerely yours,

s/Julie Brock
Case Manager
Direct Dial No. 513-564-7011

Enclosure

# CHECKLIST FOR BRIEFS

ECF FUNDAMENTALS:

____    Briefs filed ECF unless filer is pro se or attorney with a waiver
        for ECF filings

____    PDF format required

____    Native PDF format strongly preferred

____    In consolidated cases (excluding cross-appeals), appellants should
        **un-check** the case number(s) that is/are not their case. The
        appellant's brief should appear only on the docket of his/her
        specific appeal.

____    Parties who have joined in a notice of appeal shall file a single
        brief. Fed. R. App. P. 3(b)(1)

COVER OF BRIEF (Fed. R. App. P. 32(a)(2)):

____    Sixth Circuit case number

____    Heading:  "United States Court of Appeals for the Sixth Circuit"

____    Title of case

____    Nature of proceeding and name of court, agency or board below

____    Title of brief (example "Appellant's Brief")

____    Name(s) and address(es) of counsel filing the brief

CONTENTS (Fed. R. App. P. 28, 6 Cir. R. 28):

____    Corporate Disclosure Form

____    Table of Contents

____    Table of Authorities with page references (with cases
        alphabetically arranged, statutes and other authorities)

____    **Statement in support of oral argument** (if there is no statement,
        argument is waived)

        ***Page limitation, word or line count begins here.  See Fed. R.
        App. P. 32(a)(7)

____    Jurisdictional statement

____    Statement of issues

____    Statement of the case

____    Statement of facts **with references to record** (and appendix for
        any relevant pleadings not available ECF)

In an appeal from district court, briefs must cite to Page ID # range
from header or footer of pages from original record being referenced,
with short title and record entry number.  Keep references
**succinct**.  For other appeals, see 6 Cir. R. 28 for information on how to
reference appendices or administrative records.  Examples:

>    Motion for Summary Judgment, RE 24, Page ID # 120-
>    145
>    Transcript, RE 53, Page ID # 675-682
>    Plea Agreement, R. 44, Page ID # 220-225
>    A.R., RE 5, Page ID # 190-191, pp. 69-70

___    Summary of argument

___    Argument **with references to record and citations to case law,
statutes and other authorities**

⸺    Standard of review (for each issue which may appear in discussion
of each issue or under separate heading placed before discussion of
issues)

___    Signed conclusion
>    Signature format is: s/(attorney's name)
>    Graphic or other electronic signatures discouraged
***Page limitation, word or line count ends here.

⸺    A Certificate of Compliance as required by Fed. R. App. P.
32(a)(7)(C)

___    Dated Certificate of Service

⸺    **Designation of Relevant District Court Documents with Page
ID # range**

⸺    Other Addendum contents allowed by Fed. R. App. P. 28(f) or 6
Cir. R. 28(b). Addendum may **not** contain any items from lower
court record or appendix

TYPEFACE AND LENGTH (See Fed. R. App. 32(a)(5) and (a)(7):

⸺    Typeface either proportionally-spaced font at 14 point (such as CG
Times or Times New Roman) or monospaced font at 12 point
(such as Courier New).

Times New Roman at 14 point    `Courier New at 12 point`

___ Length for principal briefs: 30 pages OR up to 14,000 words (proportional fonts) OR up to 1300 lines (monospaced font)

___ Length for reply brief: 15 pages OR up to 7,000 words (proportional fonts) OR up to 650 lines (monospaced font)

——— Briefs using the 14,000 word or 1300 line limits <u>must</u> include word or line count in certificate of compliance (see Fed. R. App. P. 32(a)(7)(C))

——— Headings, footnote and quotations count toward word or line limitations

___ For Death Penalty briefs, see 6 Cir. R. 32(b)(2)

___ For Cross-Appeals, see Fed. R. App. P. 28.1

___ For Amicus briefs, see Fed. R. App. P. 29 and 32

MISCELLANEOUS:

——— Personal information must be redacted from the brief - see Fed. R. App. P. 25(a)(5) for specifics. When filing a brief, the ECF system will require attorneys to verify that personal information has been redacted.

___ Footnotes must be same sized text as body of brief